

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2021

No. 04-21-00100-CV

Penny **ALBAUGH**,
Appellant

v.

James **WARD** and Elda Gonzalez,
Appellees

From the County Court, Frio County, Texas
Trial Court No. 9642
The Honorable Arnulfo C. Luna, Judge Presiding

# O R D E R

On April 6, 2021, appellant filed a "Motion to Set Aside the Appeals's Decision and Motion for Reconsideration and A Motion Request to Stay the Writ of Possession." As explained in our April 5, 2021 order, we may not stay the judgment of the county court in this eviction case because appellant did not file a supersedeas bond with the county court. *See* TEX. PROP. CODE ANN. § 24.007 ("A judgment of a county court may not under any circumstances be stayed pending appeal unless, within 10 days of the signing of the judgment, the appellant files a supersedeas bond in an amount set by the county court."). Accordingly, appellant's motions are DENIED.

On March 25, 2021, the clerk of the court notified appellant in writing that our records did not reflect that the filing fee in the amount of $205.00 was paid. However, with her notice of appeal, appellant provided a copy of her affidavit of inability to pay costs of appeal related to her appeal of the justice court's judgment to the county court. The county court did not overrule appellant's claim of indigence. Accordingly, under our rules, appellant is not required to pay filing fees in our court. *See* TEX. R. APP. P. 20.1(b).[1]

The appeal remains pending. An amended notice of appeal certifying proper service on the responsible court reporter(s) must be filed with this court by **May 24, 2021**. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.017(a). In addition, the appellate record must be filed by **May**

---

[1] Fees charged for preparation of the appellate record are governed by Texas Rule of Civil Procedure 145. *See* TEX. R. APP. P. 20.1(a); TEX. R. CIV. P. 145.

**24, 2021**, unless Texas Rule of Appellate Procedure 26.1(a) applies.  *See* TEX. R. APP. P. 26.1(a), 35.1.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2021.

_____
Michael A. Cruz,
Clerk of Court